# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-8525-GW(PLAx) | Date | October 30, 2017 |
|---|---|---|---|
| Title | *Carolyn Perry v. CLP Resources, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:        IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 13, 2017, Plaintiff Carolyn Perry filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for November 30, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 29, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                   : 

Initials of Preparer    JG