Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
633 North Central Ave., 17th Fl.
Glendale, California 91203
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

Attorneys for Plaintiff Carolyn Perry

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN PERRY, individually,<br><br>Plaintiff,<br><br>v.<br><br>CLP RESOURCES, INC., FIRST SOLAR, INC. AND DOES 1-20,<br><br>Defendants. | Case No. CV 14-8525-GW(PLAx)<br><br>*Assigned to the Honorable George H. Wu*<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41 (a)(1)(A)(ii) |

# **ORDER**

Before the Court is the Parties' Joint Stipulation for Dismissal of Action with Prejudice. Good cause appearing, the Court hereby grants the dismissal of action with prejudice. Each is party to bear its own fees and costs, except as provided in the settlement agreement.

**IT IS SO ORDERED.**

Dated: November 13, 2017

Hon. George W. Wu
United States District Judge